UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| RYANN FENN<br><br>Plaintiff,<br><br>v.<br><br>MANSFIELD BANK<br><br>Defendant. | C.A. No. 1:14-CV-12554 |

## STIPULATION AND ~~PROPOSED~~ ORDER
## APPROVING SETTLEMENT AND DISMISSING THE CASE WITH PREJUDICE

IT IS HEREBY stipulated and agreed between Plaintiff Ryan Fenn and Defendant Mansfield Bank as follows:

WHEREAS, Plaintiff has resolved his wage allegations with Defendant through an FLSA Settlement Agreement and Release, and voluntarily dismisses his Complaint and all claims against the Defendant with prejudice;

WHEREAS, the FLSA Settlement Agreement and Release requires, among other things, that all claims for wages, liquidated damages, attorney's fees, and costs against the Defendant be settled and compromised;

WHEREAS, the Plaintiff has been effectively represented by counsel and having the terms of the FLSA Settlement Agreement and Release fully explained and understood;

WHEREAS, Plaintiff desires to compromise his claims and such desire appearing proper; and

WHEREAS, this Court having considered the FLSA Settlement Agreement and Release, NOW THEREFORE, it is hereby ORDERED that:

|

1. The FLSA Settlement Agreement and Release is APPROVED by this Court and shall be considered binding.

2. All claims are DISMISSED with PREJUDICE, this Order acting as a final adjudication thereon;

3. Neither this Order, the FLSA Settlement Agreement and Release, nor any act performed or document executed pursuant to or in furtherance of the resolution of this matter is or may be used as an admission or evidence of the validity of any claims, alleged wrongdoing, or liability of the Defendant;

4. Each side is to bear its own attorneys' fees and costs.

5. The case is CLOSED.

Respectfully submitted,

| | |
|---|---|
| RYAN FENN | MANSFIELD BANK |
| By His Attorneys, | By Its Attorneys, |
| GLYNN, LANDRY & RICE, LLP | MORGAN, BROWN & JOY, LLP |
| 25 Braintree Hill Office Park Suite 408 | 200 State Street, 11th Floor |
| Braintree, Massachusetts 02184 | Boston, Massachusetts 02109 |
| (781) 849-8479 | (617) 523-6666 |
| /s/ Daniel Rice | /s/ Jeffrey Siegel |
| Daniel W. Rice (BBO#559269) | Jeffrey S. Siegel (BBO# 647148) |

Dated: June 2, 2015

SO ORDERED

*Nathaniel M. Gorton*
United States District Judge

Dated: 6/10/15

2